**FOURTH DIVISION**
**DOYLE, P. J.,**
**MARKLE, J., and SENIOR APPELLATE JUDGE PHIPPS**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules

*DEADLINES ARE NO LONGER TOLLED IN THIS COURT. ALL FILINGS MUST BE SUBMITTED WITHIN THE TIMES SET BY OUR COURT RULES.*

**March 28, 2022**

# In the Court of Appeals of Georgia

A19A2460. KINSLOW v. THE STATE.

DOYLE, Presiding Judge.

Jereno Sadatrice Kinslow was convicted of one count of computer trespass. In *Kinslow v. State*,[1] he challenged the sufficiency of the evidence to support his conviction, and we affirmed.[2] The Supreme Court of Georgia granted Kinslow's petition for certiorari and reversed this Court's judgment, ruling that the evidence was insufficient to support the conviction under the Code section relied upon by the State, OCGA § 16-9-93 (b) (2).[3]

---

[1] 353 Ga. App. 839 (839 SE2d 660) (2020).

[2] See id.

[3] See *Kinslow v. State*, 311 Ga. 768, 768-769 (860 SE2d 444) (2021).

We hereby vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and reverse the judgment of conviction by the trial court.

*Judgment reversed. Markle, J., and Senior Appellate Judge Phipps concur.*